# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-2117
Lower Tribunal No. 2013-CF-005377-A-O

_____

ROBERT HERARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Amy J. Carter, Judge.

August 11, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, SMITH and KAMOUTSAS, JJ., concur.

Robert Herard, Miami, pro se.

James Uthmeier, Attorney General, Tallahassee, and Daniel P. Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED